JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN, | CV 13-0354 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATE DEPARTMENT OF JUSTICE, UNITED STATES BUREAU OF PRISONS, FEDERAL BUREAU OF INVESTIGATION, OFFICE OF INFORMATION POLICY, UNITED STATES TREASURY DEPARTMENT, and INTERNAL REVENUE SERVICE, | |
| Defendants. | |

Pursuant to the Court's March 3, 2014 Minute Order granting the Motions for Summary Judgment filed by defendants Internal Revenue Service, Department of Justice, Bureau of Prisons, and Federal Bureau of Investigation (collectively "Defendants") on plaintiff Stephen Yagman's ("Plaintiff") Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and that Defendants shall have their costs of suit.

DATED: March 22, 2014

_____
Percy Anderson
United States District Judge